## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BETTY LINDSTROM, *et al.*, ) | |
| ) | |
| and ) | |
| ) | |
| v. ) | Case No. 16-1541 |
| ) | |
| UNITED STATES, ) | Hon. Patricia E. Campbell-Smith |
| ) | |
| Defendant. ) | |

_____

### MOTION FOR SUBSTITUTION OF COUNSEL OF RECORD FOR CERTAIN PLAINTIFFS

Comes now Plaintiffs Rosalba Christiansen and Adela Christiansen pursuant to RCFC 83.1(c)(4) (A)(i)(II), and moves this Court to substitute Meghan S. Largent of Lewis Rice LLC as counsel of record for the Plaintiffs. Attached hereto is the affidavit of appointment as required by the Rule. Ms. Largent contacted counsel of record, Mark F. (Thor) Hearne, II, by email on February 7, 2019, but Mr. Hearne did not respond whether he consented to this motion.

Respectfully submitted this 11th day of February, 2019.

*/s/ Meghan S. Largent*
Meghan S. Largent
Lindsay S.C. Brinton
Lewis Rice LLC
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
(314) 444-7704
(314) 612-7704 (fax)
mlargent@lewisrice.com

*Attorneys for Plaintiff*

2312931.1

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BETTY LINDSTROM, *et al.*, ) | |
| ) | |
| and ) | |
| ) | |
| v. ) | Case No. 16-1541 |
| ) | |
| UNITED STATES, ) | Hon. Patricia E. Campbell-Smith |
| ) | |
| Defendant. ) | |

_____

## AFFIDAVIT OF APPOINTMENT OF COUNSEL OF RECORD

State of Missouri
County of City of St. Louis

    Meghan S. Largent states as follows:

1. That I am an attorney licensed to practice law in the United States Court of Federal Claims.

2. That Rosalba Christiansen and Adela Christiansen have retained me as their new attorney of record in this matter.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 11, 2019.

                                           */s/ Meghan S. Largent*
                                           Meghan S. Largent
                                           Lewis Rice LLC
                                           600 Washington Avenue, Suite 2500
                                           St. Louis, Missouri 63101
                                           (314) 444-7704
                                           (314) 612-7704 (fax)
                                           mlargent@lewisrice.com

2312931.1