IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| BETTY LINDSTROM, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 16-1541 |
| v. ) | |
| ) | Judge Patricia E. Campbell-Smith |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

The parties filed this joint status report pursuant to this Court's Order of May 29, 2019. See ECF No. 72.

The parties report that the Department of Justice has submitted the payment request, in accordance with the parties' settlement agreement, to the Judgment Fund. The parties are awaiting issuance of payment.

The parties will file a further joint status report or a stipulation of dismissal within thirty days pursuant to this Court's orders.

Respectfully submitted,

| | |
|---|---|
| LARSON O'BRIEN LLP | LAWRENCE VANDYKE |
| | Deputy Assistant Attorney General |
| */s/ Mark F. (Thor) Hearne, II* | United States Department of Justice |
| MARK F. (THOR) HEARNE, II | Environment & Natural Resources Division |
| Stephen G. Larson | |
| Stephen S. Davis | */s/ David A. Harrington* |
| 112 South Hanley Road, Suite 200 | DAVID A. HARRINGTON |
| St. Louis, MO 63105 | United States Department of Justice |
| (314) 296-4000 | Environment & Natural Resources Division |
| thor@larsonobrienlaw.com | Natural Resources Section |
| | P.O. Box 7611 |
| *Attorneys for Plaintiffs Lindstrom Children's Trust, Mary Ellen East and Judith Fisher (on behalf of the George E. and Lorene Hardt Trust), Herlinda Garcia, Don Campbell and Sarah Stark, the Estate of Dianne Elizabeth Gregg, Adela and Rosalba Christiansen, John and Kylee Fry, and Josiah and Michelle Fry* | Washington, DC 20044-7611 |
| | (202) 305-0244 |
| | david.harrington2@usdoj.gov |
| | |
| | *Attorneys for Defendant* |
| */s/ Meghan S. Largent* | |
| MEGHAN S. LARGENT | |
| Lewis Rice, LLC | |
| 600 Washington Ave., Suite 2500 | |
| St. Louis, MO 63101 | |
| (314) 444-7704 | |
| mlargent@lewisrice.com | |
| | |
| *Attorneys for Plaintiffs Ursula Christiansen and Joni Kiser (as administrator of the Estate of Thomas and Bette Dreyfuss)* | |